# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **DOCKET NO: 3:16cr163** |
| **V.** | ) | **ORDER** |
| | ) | |
| **AZURE BABS KHOURY** | ) | |

    This **MATTER** is before the Court upon the Government's Consent Motion to Dismiss Count 1 in the Bill of Indictment without prejudice as to the above-referenced defendant.

    It is ORDERED that the motion is GRANTED.

Signed: July 13, 2017

Frank D. Whitney
Chief United States District Judge